# The United States District Court
# District of New Mexico

DISTRICT OF NEW MEXICO
2026 MAY 15 PM 2:50
CLERK-ALBUQUERQUE

**Anthony Daugherty and Sheri Daugherty**
plaintiffs ProSe

vs. Federal Court Case no. 1:26-cv-01351 SCY KRS
State Case no. D-202-CV-2026-03011

**Bernalillo County Sheriff's Office**
defendant

**Plaintiffs**:
Anthony and Sheri Daugherty
10201 Edith Boulevard Northeast Unit C
Albuquerque New Mexico 87113
505-447-9444
anthony.sheri 2017@gmail.com

**Defendants**:
Bernalillo County Sheriff's Office
401 Roma Avenue Northwest
Albuquerque New Mexico 87102
505-468-7100

Plaintiffs are demanding a jury trial.

-

The Amended CIVIL COMPLAINT

The Second District Judicial Court has jurisdiction in this case in that several deputies from The Bernalillo Sheriff's Office engaged in multiple actions or events considered to be misconduct according to **New Mexico Statutes, the Department of Public Safety, the New Mexico Department of Corrections** and those actions of misconduct were violations of the rights guaranteed to the defendants by the **New Mexico Disabilities Rights, the New Mexico Constitution** including **New Mexico Human Rights and New Mexico Civil Rights Act of 2021.**

## THE AMENDED CLAIM

Anthony has been falsely accused, unlawfully arrested and unlawfully detained twice. He has survived excessive use of force and deliberate indifference to his medical/mental health care needs when deputies prevented him from being seen in the Psychiatric Center ER and then refused necessary medical care for an injury caused by them. A second event was a false arrest and detainment that occurred at a time when

officers should have called for a crisis team and he should have been taken to a medical provider for mental health evaluation. Both Sheri and Anthony have been subjected to multiple violations of their Civil Rights. These events involving acts of misconduct that were perpetrated by the Deputies/officers of the Bernalillo County Sheriff's Office/ Sheriff's Department. Some other acts of misconduct by officers includes falsifying evidence/false reports and witness tampering when the detective and deputies were trying to coerce Sheri to get her to tell her story the way they wanted it to be.

The reports for Anthony being arrested on July 22&23 of 2025 contained false statements regarding things Sheri had allegedly said and multiple entries of false information about locations, dates, times including other details being false.

In another situation, false statements were made by the deputies when they claimed certain remarks had come from Sheri and then used that false information to justify him being arrested on 10/19/2025. After those deputies responded to Sheri calling for an ambulance, they

instead arrested Anthony with no cause. On other unrelated incidents they experienced discrimination when deputies attempted to deny access to community services.

These events have caused Anthony to withdraw from all attention and affection he had previously provided to Sheri. Sheri was forced to be less of a wife and to become more of a caregiver. The two plaintiff's have lost all quality of life with Anthony's trauma that directly resulted from being so badly mistreated by the Bernalillo County Sheriff's Office Deputies. The couple has spent most of this period of time separated. Also, the number of incidents that Anthonys problems escalated to a level requiring Sheri to seek medical treatment for Anthony and the frequency of times she had to call for help from 911 emergency services increased and drastically created more difficulties. These instances of Sheri having to call for help caused additional stress because of them not feeling certain that whoever answered the call would be understanding and professional enough to provide appropriate assistance instead of causing more harm. Anthony became so deficient in his ability to interact with Sheri that he had no

option but to stay out on the city streets for days at a time till he could collect himself to a mental state that allowed him to communicate with her. These periods of separation severed their connection and only caused more harm and more distance between them plus a loss of consortium.

## THE AMENDED RELIEF

The plaintiffs are asking that the court award them relief in the the dollar amount of $250,000 divided into a payment to Anthony in the amount of $150,000 and a payment to Sheri in the amount of $100,000 that will be used to cover the financial losses Anthony and Sheri have already experienced due to the associated expenses, but also to cover future medical expenses, transportation costs, lost wages, and other miscellaneous expenses that are necessary to continue the treatments n needed for Anthony to recover from the trauma of these experiences and f for the two of them to recover from the mental, emotional, and physical d damages caused by the actions of the deputies employed by the defendant.

The plaintiffs are also asking that the defendant be ordered to compensate Anthony Daugherty in the amount of $ 2.4 million for the two events on 7/22&23/2025 and 10/19/2025 that involved him being unlawfully arrested and detained, forced to endure discrimination for his mental disability, treated with deliberate indifference to his well being-mental and physical, having his need for medical care being denied a total of 3 times, and his being handled with excessive force ranging in severity from inhumane treatment, causing injury, and rising to the level of torture for acts that put him at risk for death.

The plaintiff's also would very much appreciate relief by compensation in the amount of $1,000,000 for the loss of consortium. Pain and suffering Anthony endured in the form of physical pain and injuries, scars, and also the traumatic effect of these "unlawful discriminatory practices" and severe acts of misconduct irreperably harmed Anthony who was already suffering impaired mental health, and these events spread over several months have rendered him unable to act as the husband he was before.

**INDEX OF Counts of multiple violations to New Mexico laws that are all violations of the plaintiffs civil rights**

**Count 1: 7/22&23/2025 UIR**

1. Filing a false report violates right to due process

2. Due process violation also (1 of 2 incidents of denying medical treatment) Cruel and unusual punishment

3. False arrest violates due process

4. Unlawful imprisonment violates due process

5. False report-- location of arrest was false- violates due process

6. Holding detainee in unapproved manner--due process

7. Assault on detainee causing injury-- cruel and unusual punishment

8. Refusing medical treatment (2 of 2)

8b. Also due proces; for false and.missing documentation

9. Cruel and unusual punishment-adding leg harness

10. Misuse of restraints is cruel and unusual punishment.

11. Cruel and unusual punishment, individual is to never be positioned chest down

12. Cruel and unusual punishment-- extended time in life threatening state

13. Due process interference for Failure to intervene

14. Due process interference for coersion of victim/witness

15. False entries on report also denies Anthony due process.

**Count** 2: 10/9/2025

16. When officers responded to a behavioral health call concerning Anthony, he was very emotional and was sobbing from the mental episode he was having. He chose to be transported to the Psychiatric Center ER by ambulance, the option he was entitled to instead of being forced to be handcuffed and transferred in the officer's vehicle- due process violation and cruel and unusual punishment

17. Due process interference when they ignored Anthony's request to ride in the ambulance out of fear of the officers not treated fairly and with dignity

**Count 3** 10/19/2025 Criminal Report

18. Due process interference--false arrest

19. Unlawful imprisonment-- due process violation/cruel and unusual punishment

20. Refusing medical treatment--due process violation/cruel and unusual punishment

**Count 4: 1/7/2026**

21. Due process interference--responding deputy telling me not to call 911 for help with Anthony

**LOSS OF CONSORTIUM**

Re:Anthony and Sheri Daugherty against the BCSO
Narrative explaining the 5 counts wherein the following offenses and the violations of Civil Rights occurred.

**Count** 1:

On July 22nd, Sheri made several calls to emergency services requesting help to get Anthony to go to the hospital due to him being in a mental crisis which she described as a schizophrenic- bipolar episode. They did not offer any means to assist her except to send officers to her home. Sheri was finally able to convince Anthony to go to the Psychiatric Center ER later that evening. As they left, they saw that two deputies had approached the entrance of the RV park. Anthony and Sheri stopped and briefly discussed their situation with them explaining that they were on On the way to the hospital. [The portion of the Deputy's UIR recalling this encounter was tainted with mutiple false statements, and the remainder of his report including the attachment contained many errors and false statements, and the report was missing some very significant documentation regarding some of the events that happened later that night then extended into early morning. [( 1. ) <u>Submitting the report with</u>

false information is a violation of Anthony's right to due process.]

Once they arrived at the Psychiatric Center ER, they went in and filled out the forms to get Anthony checked in then went to sit in the waiting area. When Anthony went outside to smoke, law enforcement arrived. There were 6 officers including Campus Police that approached the building entrance then hovered around Anthony where he was sitting outside smoking. The deputies were making comments like "where's Sheri Daugherty? Did anybody see Anthony hit her?" and "Sheri called us because he tried to strangle her." When they approached Anthony, they told him to get up because he was under arrest. They handcuffed him and took him into custody arresting him for Domestic Violence charges. These officers never spoke to Sheri at the ER and she never called them. They removed Anthony from the ER refusing to allow him to receive the medical/mental health treatment he needed. The deputies denying him emergency medical care violates the NM Civil Rights Act entitling him to ( 2. ) due process and to be free from any cruel and unusual punishment. Furthermore, this was a false arrest because deputies had no

report from Sheri. Another issue that makes this a false arrest, is that ( 3. ) an arrest for domestic violence without a warrant must take place at the scene of the allege domestic disturbance as described in NMS 31-1-7 This act violates due process by police misconduct for failing to follow established procedures. Furthermore, there was never a domestic disturbance reported so there was no scene of a domestic disturbance for them to have arrested him at that location. There was no justifieable cause for him to have been removed from that hospital ER and not allowed to receive treatment.

(Since there was no warrant, the deputies could have chosen to wait there with Anthony at the hospital while he received treatment.)

This was a false arrest so consequently him being ( 4. ) unlawfully detained another due process violation.

(The times and locations of the arrest were altered on the Uniform Incident Report. The actual location of the initial arrest was at The Psychiatric Center ER, 2600 Marble Ave. This was on the secondary portion of the report by the second deputy. Then the same deputy reported that Anthony was arrested on a warrant at the substation

where he had been detained unlawfully for several hours. In addition to that, the Deputy who was the Officer In Charge reported that he responded to a 911 call at Anthony and Sheri's address and arrested him there.) There were entries of false documentation involving times and dates and documentation that was missing for the time he was detained at the substation. These actions show that the officers were aware of their wrongdoing and that those ( 5. ) reports were adjusted in an attempt to cover up the wrongdoing, violating due process.

Officers went against ( 6. ) due process and engaged in cruel and unusual punishment when they showed deliberate indifference to Anthonys mental illness putting him in a holding cell/room while still handcuffed with a spit mask, still experiencing a mental crisis, and still needing medical care.

Officers held him there for the next several hours. These officers continued to violate Anthony's rights by keeping him in the holding cell with restraints that compromised his breathing and interfered with his ability to communicate. The restraints were excessive use of force due to the fact that he was alone in a locked room and could not be considered a

threat. When he tried to get the attention of the men holding him, he kicked the door, which was the only way to signal to them that he needed something. The officers came into the holding cell agressively forcing Anthony to the floor which caused an injury by dislocating his shoulder, ( 7. ) an assault and a form of cruel and unusual punishment. and ( 8 . ) due process violation for refusing medical treatment. ( 8b. ) not documenting injury and subsequently no documentation for treatment. ( 9. ) Due process and cruel and unusual punishment occurred when the deputies/officers added the leg harness to the other restraints in place making it a 4 point restraint which is only allowed in the most extreme circumstances and only for a short period of time. Deputies must have permission from supervisor, obtain a medical assessment, and detainee must be in direct visual observation by ~~law en~~Deputies. at all times which was not honored by these deputies.

The restraint policy according to the New Mexico Department of Corrections specifically states that the general use of leg restraints is restricted to any situation where there is risk that the individual might

escape such as transport. The use of the restraints in this situation was ( 10.) an issue of using cruel and unusual punishment and denying due process by use of excessive force when applying unnecessary restraints and for restraints that were not used for their intended purpose per the Department of Public Safety Use of Force Policy section 6.

This Use of Force Policy also restricts officers from allowing the individual being detained to be in a face/chest down position while in restraints due to severe risk of asphyxiation indicating a violation for cruel and unusual punishment ( 11. ) This application of restraints is often referred to as the forbidden "hog tie" method.

Deputies were further ( 12. ) violating due process and inflicting cruel and unusual punishment while this situation of restraints and excessive force combined with the unsafe, unlawful positioning and additional risk of asphyxiation continued for hours.** At some point Anthony lost consciousness but he has no idea how long. Fortunately he awoke on his own. This was intentionally causing more mental and emotional distress for Anthony.

** The length of time this episode of unlawfully detaining Anthony and the extreme excessive use of force while he was already in mental crisis is estimated to be 6-7 hours due to the report that the Deputy was at the Psychiatric Center ER at 9 pm to take Anthony into custody. The arrest warrant to which he refers was issued at approximately 4 am. This indicates a period of 6-7 hours for which is unaccounted with no documentation and a false entry on the Deputy's reports that is inaccurately leads to the idea that Anthony was simply taken to the substation and arrested with a warrant.

The deputy or officer that was there with Deputy Barela, BCSO 284 throughout this undocumented period of time was not specifically identified, but they participated in, contributed to, or at the very least showed indifference by not trying to stop any of this which is ( 13. ) Failure to intervene violating due process. Deputy Shoemaker #328 was noted to have provided transportation to the substation but isn't indicated anywhere else in the report.

**Count** 2:

While officers were holding Anthony at the substation, another group of officers went to his home to interview his wife despite her telling them that she was overwhelmed and could not remember exactly what happened. Wife informed officers that she had been awake over 40 hours,

had a headache, and was not in any shape to try to report anything that happened. Detectives and Deputies continued to pressure her and put words in her mouth while she sat at the table crying. The coercion tactics and trying to get her to give false information are a ( 14.) violation of her rights for due process. The act of the officer who exaggerated and added false information to the comments Sheri made, reported false statements and engaged in witness tampering ( 15. ) These actions were also violationing due process for Anthony.

**Count** 3:

On October 9th, Sheri was out of town and Anthony began having a mental episode, So the RV park manager called 911 for assistance. Deputies and medical personnel responded. When he was getting checked out, he indicated wanting to ride with the medical personnel to the hospital. He was not agitated or threatening. He was sobbing and begging, saying he was in fear that he would be abused by the Officers. The Deputies would not allow him instead forced him to get off the stretcher to be handcuffed and taken to the Deputies vehicle. His

( 16. ) rights for due process and to be free of cruel and unusual punishment were violated by these Deputies for intentionally causing additional mental and emotional distress the Deputy's actions and a ( 17. ) failure to treat a person with mental illness fairly with respect and dignity for denying his request to be taken by the ambulance.

**Count** 4:

On October 19th, Anthony was falsely arrested after Sheri called 911 for an ambulance for shortness of breath and chest pains. Anthony became confused and agitated and was very concerned about me. He was very concerned about my being taken to the hospital. Somehow the officers misinterpreted the situation. Even though she plainly said that Anthony had not tried to hurt her, and he shouldn't be arrested. The deputies went ahead and arrested him and transported him to be booked into MDC. This was ( 18. ) a false arrest which violates due process and also violates due process with ( 19. ) another wrongful imprisonment. The prosecutor's office dropped the charges. However, further complications from this arrest arose when he was supposed to be released from MDC on October

22nd, but he didnt get out on the orders of a doctor at MDC who told Sheri she was very concerned about Anthonys mental health and held him for 2 more days then transferred him to the Psychiatric Center, 2600 Marble Ave. instead on October 24th. This added another 2 days of unlawful detention. These actions support that the deputies should not have arrested Anthony because he needed medical attention, not jail.

( 20. ) Third time having his medical needs disregarded and was denied medical treatment--due process violation/cruel and unusual punishment

**Count** 5:

On January 7th, Anthony and Sheri were arguing. He did not want to take his medicine. As he became increasingly angry he also became more verbally aggressive, this made Sheri nervous that he might become more agitated, and possibly physically aggressive. So she decided to call 911, but when she did that, he was suddenly became very serious and took his medicine. He started to calm down and said they didnt need anybody to come. So, no longer in need of help, Sheri ended communication with 911. Officers arrived anyway to do a wellness check. At this time, Anthony was much more calm and was in a much better state of mind. They spoke

to the officers. They separated the two to speak to each of them individually. While he was outside talking to the male officer, the female Deputy was inside talking to Sheri. She proceeded to tell Sheri that she needed to be more careful about calling 911 or she would be cited for misuse. The 911 operators are supposed to dispatch crisis services when needed. This deputy was trying to ( 21. ) deny Sheri access to emergency services which is another due process violation.

All of this mistreatment of Anthony has caused Sheri an overwhelming amount of pain and suffering because of the increased level of care Anthony has required following each incident which also caused Sheri to have so much more stress and anxiety in the form of general worrying, being alone, the stress of not knowing what was happening to Anthony, but also experiencing several incidents of nearly freezing to death in January due to being in unsafe housing while Anthony was too incapacitated to do anything to help her. In addition to the increase in care that had to be provided for Anthony by Sheri, she endured Great Mental Anguish because of the increase in Anthony's mental episodes, more

periods of psychosis, the new more serious levels of paranoia, the nightmares, and by him developing more verbally aggressive behaviors and physically agression that had never occurred between them before. All of this led to her losing her job and having to find a new job while already being overwhelmed with all of the responsibilities of providing care for Anthony. The suffering endured by both Anthony and Sheri caused by the ongoing pattern of "unlawful discriminatory practices" to which caused serious damage to their relationship emotionally and physically, with some loss of trust, and feelings of alienation, Additional damage that resulted from periods of separations when Anthony was going out and staying out on the streets for several days at a time due to his inability to maintain any sense of behavioral stability so he could get along without fighting or being bothered by others. The previously mentioned incidents of officers who were showing deliberate indifference to Anthonys mental health when reporting false information claiming it was provided to them by Sheri then relaying that false information to intentionally cause Anthony resentment towards Sheri which caused

additional emotional distress for both of them.

Sheri endured extra pain and suffering from her experiences of being harassed and intimidated by officers.

All of these events have caused the two to experience a severe ongoing <u>Loss of consortium.</u> The two have lost nearly a year of time that could have been spent in a positive way. Instead they had all of the above mentioned problems, complications, and responsibilities plus the additional tasks required to prepare this lawsuit including appointments, preparing and submitting documents, making phone calls, sending messages, emails, doing research and everything else required to fight and/or manage these court related matters from July till the time this complaint was filed in hope of getting some kind of resolve for the loss of consortium. The two also endured pain and suffering from this tragic interruption in their lives. Hopefully this relief will mean that there will be a possibility for a better future and for them to be able to put all of these devastating experiences behind them..

Plaintiffs will consider any reasonable settlement offers.

All parties agree to nondisclosure of any details pertaining to this agreement.

______________________ 05/14/2026 __________

Anthony Daugherty. date

______________________ 05/14/2026 __________

Sheri Daugherty. date
10201 Edith Blvd NE Unit C
Albuquerque, NM 8711
505-447-9444

__________________________________________

ORDERS PER JUDGE

__________________________________________

__________________________________________

__________________________________________

JUDGE. date