THE UNITED STATES DISTRICT COURT
OF THE NEW MEXICO DISTRICT

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2026 MAY 15 PM 2:50
CLERK-ALBUQUERQUE

ANTHONY DAUGHERTY
AND SHERI DAUGHERTY
plaintiffs Pro Se

Federal Case no. 1:26-cv-1351 SCY - KRS
State Case no. D-202-CV-2026-03011

VS.

BERNALILLO COUNTY SHERIFF'S OFFICE
defendant

## Plaintiff's Motion to Remand to State Court

Original Claim was filed on 4/09/2026. Then Claim was removed to Federal Court on 4/30/2026.

The Claim is a Civil Case where plaintiff is asking for Relief due to multiple violations of their Civil Rights according to the New Mexicon Civil Rights Act of 2021. Also, recognizing that the New Mexico Disability Rights and New Mexico Human Rights are legally defined as Civil Rights under which certain violations in this claim are classified.

The plaintiffs, with agreement from Defense Counsel, hereby file a Motion to Remand our case from federal court to be returned to the New Mexico state court according to the amended complaint. The

complaint now **lacks subject Matter Jurisdiction** and **no federal question exists** (\(28 \text{ U.S.C.} \S 1331\)) Albuquerque Police Department has been removed from complaint as a plaintiffl

As the master of the complaint, the Plaintiff has the right to avoid federal jurisdiction by exclusive reliance on state law. Parties are from the same state, with an amount of relief in controversy over \(\$75,000\) (\(28 \text{ U.S.C.} \S 1332\)). Section 1447 of the U.S. Code covers procedure after removal.

It includes the following provisions: **Remand**

Respectfully submitted,

--------------------------05/14/2026--------------
Sheri Daugherty date

--------------------------05/14/2026--------------
Anthony Daugherty date

10201 Edith Blvd NE Unit C
ALBUQUERQUE NM 87113
505-447-9544

COPY EMAILED TO DANIEL MACKE for Defense