IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY DAUGHERTY,
SHERI DAUGHERTY,

Plaintiffs,

No. 1:26-cv-1351 MLG-KRS

v.

BERNALILLO COUNTY SHERIFF'S OFFICE et al.,

Defendants.

**DEFENDANT BERNALLLO COUNTY SHERIFF'S OFFICE RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS [DOC. 22, JUNE 8, 2026]**

Defendant, Bernalillo County Sheriff's Office, by and through counsel, Daniel J. Macke, hereby submits its Response to Plaintiff's Opposition to Defendant's Motion to Dismiss [Doc. 22, June 8, 2026] as follows:

1. Defendant City of Albuquerque (Albuquerque Police Department) filed a Motion to Dismiss on May 7, 2026 [Doc. 20]. This is the only Motion to Dismiss on the docket.

2. Defendant Bernalillo County Sheriff's Office did file a Motion for More Definite Statement, which was mooted by Plaintiff's Amended Complaint. [Doc. 16, May 20, 2026].

3. Plaintiff's Amended Complaint no longer contains a claim against the City of Albuquerque or the Albuquerque Police Department. Therefore, the City's Motion is also moot.

4. To the extent Plaintiff's Opposition to Defendant's Motion to Dismiss is directed at the Bernalillo County Sheriff's Office, Defendants respectfully suggests that the matter is also mooted in light of the Amended Complaint, and the Motion to Remand, which is not opposed.

Respectfully submitted,

MACKE LAW & POLICY, LLC

*/s/ Daniel J. Macke, 6/23/2026*
Daniel J. Macke
Attorney for Bernalillo County
8206 Louisiana Blvd. NE, Ste. A
Albuquerque, NM 87113
(505) 308-8668
dan@mackelaw.com

I HEREBY CERTIFY that on this 23rd day of June 2026, I filed the forgoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laura Callanan
lcallanan@cabq.gov

and by U.S. Mail to:

Anthony Daugherty
Sheri Daugherty
10201 Edith Blvd NE Unit C
Albuquerque, NM 87113

*/s/ Daniel J. Macke*
Daniel J. Macke