**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

ANTHONY DAUGHERTY and
SHERI DAUGHERTY,

Plaintiffs,

v. No. 1:26-cv-1351 MLG-KRS

ALBUQUERQUE POLICE DEPARTMENT
and BERNALILLO COUNTY SHERIFF'S
OFFICE,

Defendants.

**ORDER REMANDING CASE TO STATE COURT**

This matter is before the Court on Plaintiffs Anthony and Sheri Daugherty's Motion to Remand to State Court ("Motion to Remand"), Doc. 13, filed May 15, 2026. The Motion to Remand is not opposed by the Bernalillo County Sheriff's Office, the only remaining Defendant in this action.[1] *See* Doc. 19. Having reviewed the Motion to Remand and Plaintiffs' First Amended Complaint, Doc. 12, the Court agrees with the parties that it lacks subject matter jurisdiction and that remand to state court is appropriate. The Motion to Remand is therefore granted, and the above referenced matter is hereby remanded to the Second Judicial District Court for the State of New Mexico, County of Bernalillo. The parties shall bear their own costs and fees.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

[1] The Albuquerque Police Department was initially named as a Defendant but is no longer a party because it is not named in the operative pleading, Plaintiffs' First Amended Complaint. *Compare* Doc. 1-2 at 1 *with* Doc. 12 at 1.